IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID K. HARRISON, | ) | |
| Petitioner, | ) | 8:16CV436 |
| v. | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the petitioner's motion/response to order (filing no. 8) is denied.

DATED this 9th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge