IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID K. HARRISON, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV436 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAD HANSEN, Warden, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

Because Petitioner is endeavoring to use Federal Rule of Criminal Procedure 60(b) to reopen this case to attack the handling of his state court criminal conviction and sentence, and therefore the motion is frivolous,

IT IS ORDERED that the Motion (filing no. 10) is denied.

DATED this 27th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge